■ WILLIAM HICKEY, Appellant, v NEW YORK STATE ELECTRIC AND GAS CORPORATION, Respondent. [621 NYS2d 927] —Appeal from an order of the Supreme Court (Ryan, Jr., J.), entered September 15, 1993 in Clinton County, which granted

defendant's motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Andrew W. Ryan, Jr.

Mikoll, J. P., Crew III, White, Casey and Peters, JJ., concur. Ordered that the order is affirmed, with costs.